AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| Neecole Brooks | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-01914 |
| ClearStar, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ClearStar, Inc.

Date: 11/08/2023

/s/ Matthew H. Weiner
*Attorney's signature*

Matthew H. Weiner (SB #236394)
*Printed name and bar number*

FisherBroyles, LLP
530 Lytton Avenue, Floor 2
Palo Alto, CA  94301-1541

*Address*

matthew.weiner@fisherbroyles.com
*E-mail address*

(415) 595-8706
*Telephone number*

*FAX number*