AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | | |
|---|---|---|
| Neecole Brooks | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01914 |
| ClearStar, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant ClearStar, Inc.                                                                                                            .

Date:     11/29/2023

/s/ Justin S. Nahama
*Attorney's signature*

Justin S. Nahama, SB# 281087
*Printed name and bar number*
FisherBroyles, LLP
9921 Carmel Mountain Rd. #9476
San Diego, CA 92129

*Address*

justin.nahama@fisherbroyles.com
*E-mail address*

(619) 330-5195
*Telephone number*

(619) 330-5828
*FAX number*